1/30/2021

P26 T718 021

Jennifer Sanders
1308 W Northwest Hwy Apt C
Arlington Heights, IL 60004-5256

Original Account Number: xxxxxxxxxxxx3620

MCM Account Number:

Current Balance: $569.39

You are pre-approved for a 10% discount!
Reply Now! MidlandCredit.com
877-653-5260

## Choose The Option That Works For You.

RE CREDIT ONE BANK, N.A.

Dear Jennifer,

Congratulations! You have been **pre-approved** for options designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

**Option 1*:** 10% OFF
Payment Due Date: 3/1/2021
You Pay Only $512.45

**Option 2**:** 5% OFF
First Payment Due Date: 3/1/2021
6 Monthly Payments of Only $90.15

**Option 3:** Monthly Payments As Low As:
Call today to discuss your options and get more details.
$50 per month

### Benefits of Paying!

Save Up To: $56.94

STOP our calls by selecting one of these 3 options

This offer expires 3/1/2021

MidlandCredit.com
877-653-5260
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt, we may continue to report it to the credit reporting agencies as unpaid. If you make a payment on this debt we will not use the payment to restart the time to sue you for this debt even if the law permits us to do so.

00171362

We are not obligated to renew any offers provided.

 MidlandCredit.com    877-653-5260    Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

---

Receive this 10% DISCOUNT OFFER when payment is made on or before 3/1/2021

**RECEIVE THIS DISCOUNT** WITH YOUR PAYMENT ON OR BEFORE: 3/1/2021

RETURN this slip with payment in the envelope provided to receive this limited-time discount offer.

**Total Enclosed:** $ .

Account Number:
Current Balance: $569.39
DISCOUNTED Amount: $512.45

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

0009177690000308681841000569390301210005693900007944B9792

DOE7